# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>
HONORABLE DANIEL R. DOMÍNGUEZ                    Date: September 19, 2011
COURTROOM DEPUTY: Omar FLAQUER              **CR NO: 10-164-08 (DRD)**
COURT REPORTER: Yvette RICHARDSON
COURT INTERPRETER: Marie HERNANDEZ            USPO: Joan VAZQUEZ

<u>Attorneys:</u>

UNITED STATES OF AMERICA            AUSA Courtney L. COKER

v.

JAIME LOPEZ-QUIÑONES                Rafael ANGLADA-LOPEZ

The defendant was present in court, under custody.

CASE CALLED FOR SENTENCE. The defendant waived the thirty-five (35) days to review the presentence report.

**IT IS THE JUDGMENT OF THE COURT** as to count <u>One (1) and Three (3).</u>

**IMPRISONMENT IMPOSED:** <u>Sixty (60) months as to count one (1), and Sixty (60) months as to count Three (3) to be served consecutively to each other, for a total term of imprisonment of One Hundred and Twenty (120) months. Time served shall be credited.</u>

**SUPERVISED RELEASE TERM IMPOSED:** <u>Eight (8) years as to count one (1), and five (5) years as to count three (3) to be served concurrently with each other.</u>

Fine: <u>N/A</u>  Restitution: <u>N/A.</u> Special monetary assessment: <u>$200.00.</u>

All terms and conditions are specified in the judgment form. The defendant was advised of his right to appeal, etc. Count Two (2) was ordered dismissed.

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk